1  United States District Court
2  District of Vermont, 2nd cir.

3  Petition for Injunctive
4  Relief

[STAMP: 2022 JUN -1 AM 9:12 U.S. DISTRICT COURT DISTRICT OF VERMONT FILED / BY DEPUTY CLERK]

5  Willis Boyd Annis Esq,
6  v.
7  Norwhich Military Academy UT.
8  Central Intelligence Agency UT.
9  National Guard Northfield Vermont.
10 Brian Buck, Northfield Vermont.
11 City of Northfield Vermont.
12 Amy Davenport, Lamoile County VT.
13 Kieth Saunders Burlington Secret Sur V.
14 Lesslie Anley, Rule Enterprise
15 Ann Rule, Rule Enterprise (not Dead)

16 Now comes Pro Se Plaintiff
17 Willis Boyd Annis III With this
18 Petition for Injunctive Relief I am
19 the real Plaintiff in this petition
20 and the Defendants listed are
21 real Defendants, I am entitled
22 to relief from all of the following
23 Const rights violations. I'm not

Pg # 1 of 6

1  Seeking monetary Damages
2  under this cause # or the
3  prosecution of the Defendants
4  listed in this Injunction those
5  are seperate venue and
6  seperate actions, We are a
7  Country of laws not of men
8  And in the interest of Justice
9  Im seeking remedy and relief
10 from the following civil rights
11 violations, 1948 Declaration on
12 Human rights, all articles, The
13 White house Desk top version,
14 1st amendment, 4th amendment
15 5th amendments, constitution
16 of the United States.
17 U.S, Title 18 § 245 Title 18
18 §242, resolution 352 of the united
19 nation, Title 45 § 160 Title 45 § 164
20 My unalienable right to the
21 Covenant of quit enjoyment from
22 Sensory Harrassment and relief
23 from L.R.A.D. S.R.A.D., A.S.S.
24 emissions, and all forms of
25 Behavioral influence technologies
26 in the state of Vermont.
27 Im seeking relief from the
28 violations set forth in this

pg 2 of 6

Injunction permently and relief from trauning, testing, assembly of all technologies that insidate or propagate sound in the air or nature, Including the use of multiplex equip. and relief from analogue, digital, satelite, micowave, transmisions of acoustical harrassment, that effects, hearing equal librium, perception of sound or voiz, any type of transmisions that effect timbre, log our vythem, and cognative receipt of natural hemisphere), the simbiotic relationship is required for the legal suit for civil rights in the federal courts the evidence of this relationship is self authenticated by employment contract between persons, agencies, schools, city, and the state of Vermont goverment and the U.S. Goverment, also verified by Business license, leases, and employment, I've ~~cc~~ ~~~~ ~~Petition~~ mailed this Petition

pg #3 of 6

to Both the Orange county and Washington County clerks office with no response or case # from filing, that being true I've exhausted my remedy at the county and state level. I'm a legal resident of Vermont and hold a Drivers license, and I.D. card (residence card) I'm a american citizen born Nov 1st 1973 Los Angles CA. The Relief sought is for the use of Department of Defense, and emergency Broadcast equipment that was paid for with U.S. tax dollars not to be used on any and all citizens as a form of opression, communisium, or training for Norwhich students, or use by the national guard except if natural disasters occur or by Warranted by federal court for hostage or unless for war time communications. And not to be used by Norwhich university to train students in psychological operations or remote Behavioral

pg # 4 of 6

operations, I've been gang stalked by these defendants. I'm not a enemy combatant nor a research mammal or specice, I'm a human and am entitled to all rights equal to all men. I've won a Summary Judgement for the same rights violations by other Defendants and this was Case Name, Amos v. Vermont State Prosecutors, Federal prosecutor in the State of Vermont in the case # 5:2013-cv-00047. I've the right to remain silent and I was granted Summary Judgement by a three panel Judgement of Justices 3,5 and 7 Sachs, Rugi, Dennis. I worked for Orkin Pest control as a chemist and chemical applicator and serviced the defendants residences and Business and am a victim of sensory harrassment and am seeking relief from the stated const. rights violations. And in the interest of Justice ask that all forms of rights

violations stop, and this court to recognize 5g Weapons as weapons and stop these defendants from using voice receivers in their ear canals this is also illegal.

12-16-2021 ~~WBA III~~

Willis Boyd Annis Esq.
P.O. Box 1777
Mendon NV 89423

In rememberance of Melisa Ward who committed suicide in 2010 in middle bury VT., a victim of sensory harassment in the state of Vermont. She was gang stalked by 5g Weapons.

pg# 6 of 6