# UNITED STATES DISTRICT COURT
for the
District of Vermont

Willis Boyd Annis, III

*Plaintiff(s)*

v.

Norwich Military Academy VT, Central Intelligence Agency VT, National Guard, Brian Buck, City of Northfield Vermont, Amy Davenport, Keith Saunders, Lesslie Rule, Ann Rule

*Defendant(s)*

Civil Action No.  2:22-cv-00084

## JUDGMENT IN A CIVIL ACTION

☐  **Jury Verdict.**

☒  **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Entry Order (Document No. 2) filed on May 31, 2022, Plaintiff's Application for Leave to Proceed In Forma Pauperis (Document No. 1) is GRANTED; however, his Complaint (Document No. 3) is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B) and Fed. R. Civ. P. 12(b)(6).

The court hereby certifies that under 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith.

Date:  June 1, 2022

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:  6/1/2022

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Sharrah J. LeClair*
*Signature of Clerk or Deputy Clerk*